UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
EDWARD J. CHUNG,

                        Plaintiff,

    -against-

PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,

                      Defendant.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 9344 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A status conference was held to discuss how this case should proceed.

    Defendant shall conduct due diligence and certify the fullness and accuracy of the administrative record by June 24, 2022. It shall identify what (if anything) has been withheld and the reasons why, and if privilege is asserted, provide a privilege log conforming to Local Civil Rule 26.2.

    If Plaintiff is not satisfied, Plaintiff may propound interrogatories no later than July 1, 2022. The interrogatories should be directed only at the adequacy of the record. The parties agree that discovery of Plaintiff at this time is neither appropriate nor necessary.

    Finally, the parties shall appear for a status conference on August 19, 2022, at 10:00 a.m, to set further proceedings and, as appropriate, a schedule for dispositive motions.

    SO ORDERED.

Dated:    June 10, 2022                      /s/  Alvin K. Hellerstein
              New York, New York           ALVIN K. HELLERSTEIN
                                                      United States District Judge