UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
EDWARD J. CHUNG,                                :
                                                :
                              Plaintiff,        :   **ORDER REGULATING**
                                                :   **PROCEEDINGS**
         -against-                              :
                                                :   21 Civ. 9344 (AKH)
PROVIDENT LIFE AND CASUALTY                     :
INSURANCE COMPANY,                              :
                                                :
                              Defendant.        :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for oral argument on July 12, 2023, at 4:00 p.m., in Courtroom 14D.  No later than July 10, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    June 6, 2023                              /s/ Alvin K. Hellerstein
           New York, New York             ALVIN K. HELLERSTEIN
                                                     United States District Judge